**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Kevin Hall

    v.                                                      Civil No. 08-cv-494-PB

Steven Markiewicz

**O R D E R**

    Kevin Hall is hereby granted in forma pauperis status.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: April 21, 2009

cc:   Kevin Hall, *pro se*