UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Hall</u>

       v.                        Civil No. 08-cv-494-PB

<u>Steven Markiewicz</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 27, 2009, no objection having been filed.

SO ORDERED.

August 9, 2009                       <u>***/s/ Paul Barbadoro***</u>
                                           Paul Barbadoro
                                           United States District Judge

cc:    Kevin Hall, pro se